08-01-'08 10:33 FROM-Law Offices 585-423-0890 T-218 P002/002 F-603
RECEIVED 08/01/2008 10:28 5856134045 HON DAVID LARIMER Page 2 of 2

Case 6:08-cr-06096-DGL   Document 164   Filed 08/01/08   Page 1 of 1

# DONALD M. THOMPSON, P.C.
### ATTORNEY AND COUNSELOR AT LAW
THE POWERS BUILDING
16 W. MAIN STREET, SUITE 243
ROCHESTER, NEW YORK 14614

(585) 423-0060
Fax: (585) 423-0890
E-mail: DMTATTNY@aol.com

May 12, 2008

Hon. David G. Larimer
United States District Court Judge
2120 United States Courthouse
Rochester, New York 14614

By Facsimile and First Class Mail

Re: *United States v. Tara DosSantos*
    07-MJ-4098

Your Honor:

Ms. DosSantos would respectfully request permission to travel to San Juan, Puerto Rico for a vacation with her best friend. She would leave August 5, 2008, on US Air flight 1037 from Philadelphia to San Juan, Puerto Rico and she will stay at Casa Picaflores a Bed & Breakfast in the El Yunque Rainforest. She will return August 14, 2008 on US Air flight 1024 from San Juan to Philadelphia.

I would note that Ms. DosSantos has traveled out of the district several times in the past without incident. Thank you for your consideration of this request. If you have questions or require additional information please do not hesitate to contact me.

Sincerely,

Donald M. Thompson

DMT:dbm
xc:   AUSA Douglas Gregory
      Ms. Sara Whitcomb, Federal Probation

*Request granted*
*David Larimer*
*USDJ*
*8-1-08*